#### 24405. YANCY v. THE STATE.

GUERRY, J. The evidence amply supports the verdict of voluntary manslaughter. The motion for a new trial presents no valid legal reason why a new trial should be had. The judgment overruling the motion is therefore *Affirmed. Broyles, C. J., and MacIntyre, J., concur.*

DECIDED JANUARY 28, 1935.

*R. S. Foy,* for plaintiff in error.
*W. C. Forehand, solicitor-general,* contra.